(May 29, 2015)

■ PEOPLE OF THE STATE OF NEW YORK ex rel. PETER BARK, on Behalf of NANCY VARGAS, Petitioner, v SHERIFF OF SUFFOLK

County et al., Respondents. [8 NYS3d 914]—Writ of habeas corpus in the nature of an application for bail reduction upon Suffolk County indictment No. 00917/15.

Adjudged that the writ is sustained, without costs or disbursements, bail is reduced to the sum of $15,000 which may be posted in the form of an insurance company bail bond in that sum or by depositing the sum of $7,500 as a cash bail alternative; and it is further,

Ordered that upon receipt of a copy of this decision, order and judgment together with proof that the defendant has given an insurance company bail bond in the amount of $15,000 or has deposited the sum of $7,500 as a cash bail alternative, the Warden of the facility at which the defendant is incarcerated, or his or her agent, is directed to immediately release the defendant. Mastro, J.P., Austin, Sgroi and Barros, JJ., concur.